# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANLEY BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case: 1:16-cv-01017 |
| v. ) | Assigned To : Unassigned |
| ) | Assign. Date : 5/31/2016 |
| U.S. HOUSING AUTHORITY, ) | Description: Pro Se Gen. Civ. |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court has reviewed the plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to



determine whether the doctrine of *res judicata* applies. *Brown v. Califano,* 75 F.R.D. 497, 498 (D.D.C. 1977).

The Court has reviewed the complaint, and finds that it does not state a basis for this Court's jurisdiction, articulate a viable claim, or demands any particular relief. As drafted, the complaint utterly fails to comply with Rule 8(a) and, therefore, the Court will dismiss this case. An Order consistent with this Memorandum Opinion is issued separately.

_____
United States District Judge

DATE: May 24, 2016